# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2015

*The Court of Appeals hereby passes the following order:*

**A15E0017.  THERIAN WIMBUSH v. THE STATE.**

Therian Wimbush, pro se, has filed a motion pursuant to Court of Appeals Rule 40 (b) requesting that this Court grant an emergency appeal from the trial court's December 2, 2014 order denying her statutory demand for speedy trial pursuant to OCGA § 17-7-170.

No appeal has been docketed, and Wimbush has not established that any emergency relief is necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot.  As such, Wimbush's emergency motion is denied.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/06/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*